UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-62018-UU

ROBERTO GONZALEZ,

    Plaintiff,

vs.

CITY NATIONAL BANK OF FL TRUSTEE,
and MUNOZ MUNOZ GROUP INC. d/b/a
BROTHERS FARMERS MARKET OF SUNRISE,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ROBERTO GONZALEZ, and Defendant, CITY NATIONAL BANK OF FL TRUSTEE, and MUNOZ MUNOZ GROUP INC. d/b/a BROTHERS FARMERS MARKET OF SUNRISE, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice, as the parties have amicably settled this matter.

AGREED and STIPULATED on this 5th day of October, 2016.

| | |
|---|---|
| */s/ Mark D. Cohen*_____ | */s/ Wayne Kaplan*_____ |
| Mark D. Cohen, Esquire | Wayne Kaplan, Esquire |
| Florida Bar No. 347345 | Florida Bar No. 351040 |
| */s/ Jaci R. Mattocks*_____ | **WAYNE KAPLAN, P.A.** |
| Jaci R. Mattocks, Esquire | 6501 Congress Ave., Suite 100 |
| Florida Bar No. 115765 | Boca Raton, FL 33487 |
| **J & M ADVOCACY GROUP, LLC** | Telephone: (561) 395-1700 |
| 4651 Sheridan Street, Suite 301 | Email: waynekaplanpa@aol.com |
| Hollywood, FL 33021 | *Counsel for Defendant* |
| Telephone: (954) 962-1166 | |
| Facsimile: (954) 962-1779 | |
| Email: service@jmadvocacygroup.com | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of October, 2016, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**J & M Advocacy Group, LLC**
*Attorney for Plaintiff*
4651 Sheridan Street, Suite 301
Hollywood, FL 33021
Telephone: (954) 962-1166
Facsimile: (954) 962-1779
Email: service@jmadvocacygroup.com

By: */s/ Mark D. Cohen*_____
Mark D. Cohen, Esquire
Florida Bar No. 347345