UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:16-cv-62018-UU

ROBERTO GONZALEZ,

    Plaintiff,

v.

CITY NATIONAL BANK OF FLORIDA TRUSTEE, *et al.*,

    Defendants.

_____/

**ADMINISTRATIVE ORDER**

    THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

    The Court is fully advised in the premises.  It is hereby

    ORDERED AND ADJUDGED that this case is CLOSED for administrative purposes.

    DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of October, 2016.

*/s/ Ursula Ungaro*
_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf